## BERRY E. CLARK *v.* STATE OF MARYLAND.

[No. 109, October Term, 1933.]

*Decided January 30th, 1934.*

The cause was argued before BOND, C. J., ADKINS, OFFUTT, and SLOAN, JJ.

*F. Bernard Welsh,* with whom were *Albert M. Bouic, E. Barrett Prettyman,* and *Thomas L. Dawson,* on the brief, for the appellant.

*Wm. Preston Lane, Jr., Attorney General; G. C. Anderson, Assistant Attorney General,* and *Stedman Prescott, State's Attorney for Montgomery County,* submitting on brief, for the State.

The opinion was delivered *per Curiam.*